# **EXHIBIT B**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
VA 1-876-232

**Effective date of registration:**
September 20, 2013

## Title
**Title of Work:** Three Dimensional Representation of a Skull
**Nature of Work:** Three Dimensional Representation of a Skull

## Completion/ Publication
**Year of Completion:** 2011
**Date of 1st Publication:** August 31, 2012          **Nation of 1st Publication:** United States

## Author
- **Author:** Cool Gear International, LLC
  **Author Created:** 3-Dimensional sculpture

  **Work made for hire:** Yes
  **Domiciled in:** United States
  **Anonymous:** No                                    **Pseudonymous:** No

## Copyright claimant
**Copyright Claimant:** Cool Gear International, LLC
10 Cordage Park Circle, Suite 212, Plymouth, MA, 02360

## Limitation of copyright claim
**Previously registered:** No

## Certification
**Name:** Brian R. Landry
**Date:** September 19, 2013